**Henry D. GOLTZ, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–51028.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

July 14, 2003.

---

Before CONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM.*

This court has considered the pro se appellant's challenge to the district court's grant of summary judgment to the United States. The court held frivolous the appellant's challenge to IRS imposition of a $500 penalty for his failure to file a meaningful tax return. Substantially and procedurally, the district court was correct. Its Judgment is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.